IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,      )
                               )    2:11-cr-00461-GEB
          Appellee,            )
                               )
     v.                        )    ORDER
                               )
JEFFREY E. ESCHRICH,           )
                               )
          Appellant.           )
_____)
```

        Appellee has filed a motion to dismiss the pending appeal for failure to prosecute, arguing "[t]o date, [Appellant] has failed to order a transcript or file his opening brief, which was due November 23, 2011, under Local Rule 422(e)." (Appellee's Mot. 1:26-28.) The "NOTICE OF HEARING" filed on November 2, 2011, gave the following instruction to Appellant: "Appellant's brief shall be served and filed within twenty-one (21) days after filing of the appropriate transcripts." (ECF No. 2.) Since Appellant has not filed the appropriate transcripts or a brief, Appellant is warned that his appeal will be dismissed for failure to prosecute if Appellant fails to order the appropriate transcripts on or before February 16, 2012.

        If Appellant orders the appropriate transcripts on or before February 16, 2012, the briefing schedule is amended as follows: Appellant's brief shall be served and filed on or before April 6, 2012;

```
1  Appellee's brief shall be served and filed on or before April 27, 2012;
2  and Appellant may serve and file a reply brief on or before May 4, 2012.
3  Hearing is set in this matter on May 25, 2012, commencing at 9:00 a.m.
4  Dated:  February 6, 2012
```

_____
GARLAND E. BURRELL, JR.
United States District Judge